HOFFMAN *v.* NEWELL.

APPEAL from order of Special Term.

*Theo. T. Baylor* (*Alex. Thain,* of counsel), for plaintiff (appellant).

*Kneeland, Stewart & Epstein* (*Ira B. Stewart,* of counsel), for defendant (respondent).

*Per Curiam.* The order appealed from is affirmed, with ten dollars costs and disbursements, on the opinion of the court below.

Order affirmed.

OTTMAN LITHOGRAPHING CO. *v.* EQUITABLE BANK.

APPEAL from judgment of trial term, rendered by the court without a jury.

*Goepel & Raegner* (*Benj. B. Kenyon,* of counsel), for plaintiffs (respondents).

*Charles F. McLean* (*Edward W. Crittenden,* of counsel), for defendant (appellant).

*Per Curiam.* The judgment appealed from is affirmed, with costs, on the opinion of the court below.

Judgment affirmed.

RICHMOND *v.* WOOLFOLK.

APPEAL from order denying defendants' motion for a bill of particulars.

*Per Curiam.* The order should be affirmed, with ten dollars costs and disbursements, on the opinion of the Special Term.

Order affirmed.